UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE SUMBA (AND WIFE, MARIA SUMBA)　　　Case No.:
　　　　　　　　　　　　　　　　　　　　　21 MC 102 (AKH)
　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　Docket No.: 07CV1709
　　-against-
　　　　　　　　　　　　　　　　　　　　　NOTICE OF ADOPTION OF
AMERICAN EXPRESS BANK, LTD., ET AL.,　　 ANSWER TO MASTER
　　　　　　　　　　　　　　　　　　　　　COMPLAINT
　　　　　　　　　Defendant.
See Rider Attached.　　　　　　　　　　　　Jury Trial Demanded
---------------------------------------------------------------X

　　　Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

　　　Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:　　New York, New York
　　　　　September 12, 2007

　　　　　　　　　　　　　　　　Yours etc.,

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

　　　　　　　　　　　　　　　　CALLAN, KOSTER, BRADY & BRENNAN, LLP
　　　　　　　　　　　　　　　　Attorneys for Defendants - BOARD OF
　　　　　　　　　　　　　　　　MANAGERS OF THE HUDSON VIEW EAST
　　　　　　　　　　　　　　　　CONDOMINIUM, HUDSON VIEW EAST
　　　　　　　　　　　　　　　　CONDOMINIUM

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Vincent A. Nagler ( 6400 )
　　　　　　　　　　　　　　　　One Whitehall Street
　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　(212) 248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

**RIDER**

JOSE SUMBA AND MARIA SUMBA,

          Plaintiffs,

- against -

AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., BATTERY PARK CITY AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, CHASE MANHATTAN BANK, HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, R Y MANAGEMENT CO., INC., RY MANAGEMENT, TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK, INC, VERIZON PROPERTIES, INC., WFP RETAIL CO. G.P. CORP., AND WFP RETAIL CO. L.P., ET AL

          Defendants.

--------------------------------------------------X