UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                :
----------------------------------------------------------------X
JOSE SUMBA (AND WIFE, MARIA SUMBA),     :   07-CV-01709-AKH
                                                                :
                            Plaintiffs,                         :
                                                                :   **APPEARANCE**
        - against -                                             :
                                                                :   **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,      :
                                                                :
                            Defendants.                         :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                    DICKSTEIN SHAPIRO LLP
        January 18, 2008


                                    By:      /s/ Judith R. Cohen
                                         _____
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501

                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.


DOCSNY-287500